## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRADLEY KEITH BIGHAM,** ) | |
| ) | |
| **Petitioner/Defendant,** ) | |
| ) | **CIVIL NO. 09-424-GPM** |
| **vs.** ) | |
| ) | **CRIMINAL NO. 99-40033-02-GPM** |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent/Plaintiff.** ) | |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy, and the following

decision was reached:

**IT IS ORDERED** that Petitioner **BRADLEY KEITH BIGHAM** shall recover nothing,

and the action be **DISMISSED on the merits**.

**DATED**: 11/12/09

NANCY J. ROSENSTENGEL, CLERK


By:  s/ Linda M. McGovern
        Deputy Clerk



APPROVED: s/ *G. Patrick Murphy*
            G. Patrick Murphy
            United States District Judge